UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | No. 5:10-CV-03-KSF |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) ) ) | ORDER |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) | |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| COOPER TIRE & RUBBER COMPANY, | ) ) | |
| Defendant. | ) | |

*** *** *** ***

Opposing counsel jointly moved the Court for a telephonic conference concerning a discovery dispute. *See* DE #55 (Joint Motion for Telephonic Discovery Conference). Specifically, the parties disagree concerning the sufficiency of Plaintiff's responses to recent discovery requests. *See id.* at 2.

In order to address the disputes, the Court **ORDERS** as follows:

(1) By **October 27, 2010, at 12:00 noon**, both parties **SHALL** submit brief (**maximum**

1

**two pages**) letters outlining their position on the discovery dispute. These letters may be in PDF, DOC, WPD, or TXT format and should be provided to chambers by email (wier_chambers@kyed.uscourts.gov). Counsel shall copy opposing counsel. Counsel shall additionally submit any relevant portions of filings concerning the dispute.

(2) The Court **SCHEDULES** a telephonic conference, for counsel only, on **November 2, 2010, at 3:30 p.m.** Prior to the telephonic conference, the Court will send an email message[1] to all counsel of record with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed on the date and at the time designated. In advance of the call, the parties shall continue to confer (*i.e.*, actually talk with one another) in an effort to reach an agreed resolution. A court reporter is required.

This the 15th day of October, 2010.

Signed By:
Robert E. Wier
United States Magistrate Judge

---

[1] The Court will utilize the email addresses in the record. Counsel must ensure that those email addresses stand active and ready to receive the Court's email or must update the record with current email addresses at least one week prior to the telephonic conference.