UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for ) | |
| JAMES O. GUMM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| and ) | |
| ) | No. 5:10-CV-03-KSF |
| KENTUCKY CABINET FOR HEALTH & ) | |
| FAMILY SERVICES, ) | ORDER |
| ) | |
| Intervening Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| UNIVERSITY OF KENTUCKY & ) | |
| KENTUCKY MEDICAL SERVICES ) | |
| FOUNDATION, ) | |
| ) | |
| Intervening Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| COOPER TIRE & RUBBER COMPANY, ) | |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Kim Logan moved to continue the discovery period and dispositive motions deadlines set by District Judge Forester. *See* DE #63 (Motion to Continue). Judge Forester referred the motion to the undersigned. *See* DE #64 (Order).

The Court **ORDERS** as follows:

(1) Intervening Plaintiffs and Defendant **SHALL** respond to the motion (DE #63) by **Friday, November 12, 2010, at Noon Eastern**.

1

(2) Plaintiff Logan **MAY** reply by **Monday, November 15, 2010, at Noon Eastern**.

(3) Upon submission of a reply or passage of the deadline for same, the matter shall stand submitted for decision.

This the 9th day of November, 2010.

Signed By:
*Robert E. Wier* REW
United States Magistrate Judge