UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | No. 5:10-CV-03-KSF |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) ) ) | ORDER |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) | |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| COOPER TIRE & RUBBER COMPANY, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Cooper Tire moved to compel compliance with the Court's October 13, 2010, protective order, as well as for other associated remedies and sanctions. *See* DE #111 (Motion to Compel Compliance). The Court construes this motion as a motion for sanctions under Federal Rule of Civil Procedure 37(b). Defendant identified no other basis in the rules for its filing, and Rule 37(b) affords relief for failure to comply with a court order.

The Court **ORDERS** as follows:

(1) Plaintiff **SHALL** respond by **March 4, 2011**;

(2) Defendant **MAY** reply by **March 9, 2011**; and

(3) Upon submission of a reply, or passage of the deadline for same, the matter will stand submitted for decision.

Three other motions pend in this case. The Court will address Cooper Tire's motion for protective order regarding the March 1, 2011, Rule 30(b)(6) deposition by separate order. *See* DE #114 (Motion for Protective Order). Defendant's motion to extend the dispositive motion deadline (DE #109) and leave to supplement expert witness disclosures out of time (DE #110) involve District Judge Forester's schedule in this matter, so would properly be before him, absent a referral to the undersigned.

This the 23d day of February, 2011.

Signed By:
*Robert E. Wier*   REW
United States Magistrate Judge