UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., )<br>)<br>Plaintiff, )<br>)<br>and )<br>)<br>KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, )<br>)<br>Intervening Plaintiff, )<br>)<br>and )<br>)<br>UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION, )<br>)<br>Intervening Plaintiffs, )<br>)<br>v. )<br>)<br>COOPER TIRE & RUBBER COMPANY, )<br>)<br>Defendant. ) | No. 5:10-CV-03-KSF<br><br>ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

By prior order, the Court set a briefing schedule for Defendant Cooper Tire's motion to compel compliance with the Court's October 13, 2010, protective order, as well as for other associated remedies and sanctions. *See* DE #116 (Order); DE #111 (Motion to Compel Compliance).

The Court now **SCHEDULES** a motion hearing on **March 11, 2011, at 1:30 p.m. in Lexington, Kentucky**. Counsel knowledgeable of these issues with authority to make

stipulations shall appear.

This the 25th day of February, 2011.

Signed By:
Robert E. Wier *REW*
United States Magistrate Judge