UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

KIM LOGAN, as Legal Guardian for )
JAMES O. GUMM, JR.,              )
                                 )
      Plaintiff,                 )
                                 )
and                              )
                                 )   No. 5:10-CV-03-KSF
KENTUCKY CABINET FOR HEALTH &    )
FAMILY SERVICES,                 )   ORDER
                                 )
      Intervening Plaintiff,     )
                                 )
and                              )
                                 )
UNIVERSITY OF KENTUCKY &         )
KENTUCKY MEDICAL SERVICES        )
FOUNDATION,                      )
                                 )
      Intervening Plaintiffs,    )
                                 )
v.                               )
                                 )
COOPER TIRE & RUBBER COMPANY,    )
                                 )
      Defendant.                 )

*** *** *** ***

Plaintiff Kim Logan moved to file three documents under seal: (1) a motion to compel the oral deposition of Heather Stahl; (2) a reply concerning Defendant Cooper Tire's motion for protective order; and (3) a response to Defendant's motion to compel compliance. *See* DE #117 (Motion for Leave concerning Stahl deposition); DE #118 (Motion for Leave Concerning

1

Protective Order and Stahl deposition[1]); DE #119 (Motion for Leave concerning compliance with protective order). As basis for all three motions, Logan points to the protective order entered in this case. *See* DE #117 at 1; DE #118 at 1; DE #119 at 1.

The Court **GRANTS** the motions. Effective March 15, 2011, General Order 11-01 will permit filings under seal when required by approved protective order. As noted by the General Order, "A motion for leave to seal is not required if the document is (1) already subject to a protective order . . . ." *See* Gen. Order 11-01 at 1. While not effective yet, this General Order reflects a local policy determination, so this Court applies those mechanics now.

This the 25th day of February, 2011.

Signed By:
*Robert E. Wier*
United States Magistrate Judge

---

[1] This motion appears to offer duplicative treatment of the motion to compel the oral deposition of Stahl.