UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KIM LOGAN, as Legal Guardian for<br>JAMES O. GUMM, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | No. 5:10-CV-03-KSF |
| KENTUCKY CABINET FOR HEALTH &<br>FAMILY SERVICES, | ) | |
| | ) | ORDER |
| | ) | |
| Intervening Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNIVERSITY OF KENTUCKY &<br>KENTUCKY MEDICAL SERVICES<br>FOUNDATION, | ) | |
| | ) | |
| Intervening Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COOPER TIRE & RUBBER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Cooper Tire moved for a protective order from the Federal Rule of Civil Procedure 30(b)(6) deposition notice served by Plaintiff Kim Logan. *See* DE #114 (Motion for Protective Order). Defendant reports that the deposition is scheduled to begin on March 1, 2011. *See id.* at 4. Cooper Tire references District Judge Forester's discovery dispute mechanics and notes that it filed the instant motion to have in place a pending protective order, as required for deposition non-appearance by Rule 37(d)(2). *See id.* at 4-5.

The Court **ORDERS** as follows:

(1) By **March 2, 2011, at 5:00 p.m. Eastern**, Plaintiff **SHALL** respond;

(2) By **March 4, 2011, at 5:00 p.m. Eastern**, Defendant **MAY** reply;

(3) The Court **SCHEDULES** a motions hearing for **March 11, 2011, at 1:30 p.m. in Lexington, Kentucky.** Counsel knowledgeable of these issues with authority to make stipulations shall appear.

This the 25th day of February, 2011.

Signed By:

_Robert E. Wier_

United States Magistrate Judge