UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for ) <br> JAMES O. GUMM, JR., ) <br> ) <br>     Plaintiff, ) <br> ) <br> and ) <br> ) <br> KENTUCKY CABINET FOR HEALTH & ) <br> FAMILY SERVICES, ) <br> ) <br>     Intervening Plaintiff, ) <br> ) <br> and ) <br> ) <br> UNIVERSITY OF KENTUCKY & ) <br> KENTUCKY MEDICAL SERVICES ) <br> FOUNDATION, ) <br> ) <br>     Intervening Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COOPER TIRE & RUBBER COMPANY, ) <br> ) <br>     Defendant. ) | No. 5:10-CV-03-KSF <br><br> ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Cooper Tire moved to extend the dispositive motions deadline from March 15, 2011, to April 15, 2011. *See* DE #109 (Motion to Extend). Plaintiff Kim Logan responded, indicating no opposition. *See* DE #112 (Response).

Cooper Tire also moved for leave to make supplemental expert witness disclosures fifteen days from receipt of the transcripts of the depositions of Plaintiff's experts. *See* DE #110 (Motion for Leave). Logan responded in opposition. *See* DE #113 (Response in Opposition).

The Court **ORDERS** as follows:

(1) The parties **MAY** reply, as appropriate for each motion, by **March 4, 2011**.

(2) The Court **SCHEDULES** a motion hearing on **March 11, 2011, at 1:30 p.m. in Lexington, Kentucky**. Counsel knowledgeable of these issues with authority to make scheduling commitments and stipulations shall appear.

This the 25th day of February, 2011.

Signed By:
Robert E. Wier  REW
United States Magistrate Judge