UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) No. 5:10-CV-03-KSF ) ) ORDER |
| Intervening Plaintiff, | ) ) |
| and | ) ) |
| UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) |
| Intervening Plaintiffs, | ) ) |
| v. | ) ) |
| COOPER TIRE & RUBBER COMPANY, | ) ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Kim Logan moved to compel the oral deposition of Heather Stahl. *See* DE #123 (Sealed Motion to Compel). Likewise, Plaintiff moved to compel Defendant Cooper Tire to produce Rule 30(b)(6) deponents. *See* DE #125 (Sealed Motion to Compel). Finally, Logan moved for a judicial determination regarding the status of exhibits from an Arizona case. *See* DE #127 (Sealed Motion for Judicial Determination).

The Court **ORDERS** as follows:

(1) By **March 4, 2011, at 5:00 p.m. Eastern**, Defendant **SHALL** respond in full to these

motions;

(2) By **March 8, 2011, at 5:00 p.m. Eastern**, Plaintiff **MAY** reply as to each motion;

(3) The Court **SCHEDULES** a motions hearing for **March 11, 2011, at 1:30 p.m. in Lexington, Kentucky.** Counsel knowledgeable of these issues with authority to make scheduling decisions and stipulations shall appear.

This the 25th day of February, 2011.

Signed By:
Robert E. Wier /REW/
United States Magistrate Judge