UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

KIM LOGAN, as Legal Guardian for )
JAMES O. GUMM, JR., )
                                                                )
    Plaintiff, )
                                                                )
and )
                                                                )    No. 5:10-CV-03-KSF
KENTUCKY CABINET FOR HEALTH & )
FAMILY SERVICES, )    ORDER
                                                                )
    Intervening Plaintiff, )
                                                                )
and )
                                                                )
UNIVERSITY OF KENTUCKY & )
KENTUCKY MEDICAL SERVICES )
FOUNDATION, )
                                                                )
    Intervening Plaintiffs, )
                                                                )
v. )
                                                                )
COOPER TIRE & RUBBER COMPANY, )
                                                                )
    Defendant. )

                                                                 *** *** *** ***

    Defendant Cooper Tire moved to compel deposition testimony and chain-of-custody information. *See* DE #134 (Motion to Compel).

    The Court **ORDERS** as follows:

    (1) By **March 7, 2011, at 5:00 p.m. Eastern**, Plaintiff **SHALL** respond in full to the motion;

    (2) By **March 9, 2011, at 5:00 p.m. Eastern**, Defendant **MAY** reply;

    (3) The Court **SCHEDULES** a motions hearing for **March 11, 2011, at 1:30 p.m. in**

**Lexington, Kentucky.** Counsel knowledgeable of these issues with authority to make scheduling decisions and stipulations shall appear.

This the 2d day of March, 2011.

Signed By:
*Robert E. Wier*  /s/ REW
United States Magistrate Judge