UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for ) <br> JAMES O. GUMM, JR., ) <br> ) <br>     Plaintiff, ) <br> ) <br> and ) <br> ) <br> KENTUCKY CABINET FOR HEALTH & ) <br> FAMILY SERVICES, ) <br> ) <br>     Intervening Plaintiff, ) <br> ) <br> and ) <br> ) <br> UNIVERSITY OF KENTUCKY & ) <br> KENTUCKY MEDICAL SERVICES ) <br> FOUNDATION, ) <br> ) <br>     Intervening Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COOPER TIRE & RUBBER COMPANY, ) <br> ) <br>     Defendant. ) | No. 5:10-CV-03-KSF <br><br> ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Eight discovery-related motions currently pend in this case. *See* DE #109 (Motion to Extend Dispositive Motion Deadline); DE #110 (Motion for Leave to Supplement); DE #111 (Motion to Compel Compliance); DE #114 (Motion for Protective Order); DE #123 (Sealed Motion to Compel Deposition); DE #125 (Sealed Motion to Compel Production of Deponents); DE #127 (Sealed Motion for Judicial Determination); DE #134 (Motion to Compel). The Court has set briefing schedules for these motions and scheduled them all to be heard at an upcoming motions hearing on March 11, 2011, at 1:30 p.m. in Lexington. *See, e.g.*, DE #116 (Order); DE

#121 (Order); DE #128 (Order); DE #130 (Order); DE #131 (Order).

The Court further **ORDERS** as follows:

(1) At the March 11 hearing, the parties **SHALL** be prepared to address how each motion they have filed fits into the limited additional discovery previously permitted to proceed;

(2) Additionally, the parties **SHALL** be prepared to address their compliance with District Judge Forester's Scheduling Order mechanics for addressing discovery disputes; and

(3) No party may file any new discovery motion without express leave of court.

This the 2d day of March, 2011.

Signed By:
Robert E. Wier  *REW*
United States Magistrate Judge