UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-3-KSF

KIM LOGAN, as Legal Guardian for
JAMES O. GUMM, JR., et al  PLAINTIFFS

V.  **ORDER**

COOPER TIRE & RUBBER COMPANY  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \*

**IT IS HEREBY ORDERED** that this action is **REFERRED** to the Honorable Robert E. Wier, United States Magistrate Judge, to conduct the pretrial conference scheduled herein on Tuesday, July 12, 2011, at 1:00 p.m., pursuant to 28 U.S.C. §636(b)(1)(A).

This March 24, 2011.



Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**