UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., </br></br>Plaintiff,</br></br>and</br></br>KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES,</br></br>Intervening Plaintiff,</br></br>and</br></br>UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION,</br></br>Intervening Plaintiffs,</br></br>v.</br></br>COOPER TIRE & RUBBER COMPANY,</br></br>Defendant. | No. 5:10-CV-03-KSF</br></br>ORDER |

*** *** *** ***

The parties jointly moved for a telephonic conference to address scheduling matters. *See* DE #162 (Joint Motion). The parties seek "reconfiguration" of deadlines, as well as clarification concerning "deposition testimony counter-designations and objections." *See id.* at 2.

The Court **GRANTS** the motion and **SCHEDULES** a telephonic conference, for counsel only, on **May 12, 2011, at 4:00 p.m. Eastern.** Prior to the telephonic conference, the Court will

send an email message[1] to all counsel of record with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed on the date and at the time designated. **A court reporter is required.**

This the 6th day of May, 2011.

Signed By:
Robert E. Wier   REW
United States Magistrate Judge

---

[1] The Court will utilize the email addresses in the record. Counsel must ensure that those email addresses stand active and ready to receive the Court's email or must update the record with current email addresses as appropriate.