UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., )<br><br>Plaintiff, )<br><br>and )<br><br>KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, )<br><br>Intervening Plaintiff, )<br><br>and )<br><br>UNIVERSITY OF KENTUCKY & KENTUCKY MEDICAL SERVICES FOUNDATION, )<br><br>Intervening Plaintiffs, )<br><br>v. )<br><br>COOPER TIRE & RUBBER COMPANY, )<br><br>Defendant. ) | No. 5:10-CV-03-KSF<br><br>ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After the May 17 settlement conference, the Court conducted a brief scheduling and status meeting. This meeting occurred off the record, with counsel for Plaintiff Kim Logan and Defendant Cooper Tire & Rubber Company present.

Plaintiff raised two prospective discovery disputes. First, Logan seeks advance notice of the identity of Cooper Tire's Rule 30(b)(6) designees. Second, Plaintiff questions the accuracy and sufficiency of Defendant's responses to recent requests for admission concerning document

1

authenticity. The Court discussed both matters briefly with the parties, but reserved any rulings, pending further information and argument from the parties.

As to Rule 30(b)(6) deposition witness identity, the Court **ORDERS** as follows:

(1) Plaintiff **SHALL** submit a brief (maximum two pages) letter by **Noon on May 19, 2011**, and by **Noon on May 23, 2011**, Defendant **SHALL** respond by brief letter (maximum two pages). The letters may be in PDF, DOC, WPD, or TXT format and should be provided to Chambers by email (wier_chambers@kyed.uscourts.gov). Counsel shall copy opposing counsel.

(2) The Court **SCHEDULES** a telephonic conference, for counsel only, on **May 24, 2011, at 4:00 p.m.** Prior to the telephonic conference, the Court will send an email message[1] to all counsel of record with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed on the date and at the time designated. A court reporter is required.

As to the responses to requests for admission, the Court **AFFORDS** Plaintiff leave to file a motion to test those responses. Upon the filing of any such motion, the Court will set an appropriate briefing schedule.

This the 18th day of May, 2011.



Signed By:
*Robert E. Wier* REW
United States Magistrate Judge

---

[1] The Court will utilize the email addresses in the record. Counsel must ensure that those email addresses stand active and ready to receive the Court's email or must update the record with current email addresses as appropriate.