UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES-GENERAL

Lexington          Case No. <u>10-CV-03-KSF-REW</u>          At <u>Lexington</u>          May 24, 2011

Style <u>Kim Logan, et al. vs. Cooper Tire and Rubber Company</u>

PRESENT:
    HON. <u>ROBERT E. WIER</u>, MAGISTRATE JUDGE

    <u>Susan Adkins</u>          <u>Ann Banta</u>
    Deputy Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

    Wesley Todd Ball                          Lee A. Rosenthal
                                              Reed Thomas Warburton

ATTORNEYS PRESENT FOR INTERVENOR PLAINTIFFS

    Brian Thomas Judy
    Jennifer M. Wolsing

PROCEEDINGS:          TELEPHONIC CONFERENCE

    The parties appeared for telephonic conference as noted.  Defendant's counsel indicated that he had designated the final corporate representatives and confirmed the deposition date earlier in the day.  Thus, no Rule 30(b)(6) issues remained for the Court to resolve during the call.
    Additionally, Plaintiff's counsel made an oral argument for sanctions related to recent discovery disputes in this matter.  Having heard arguments from counsel, the Court DENIES Plaintiff's motion for sanctions for the reasons stated on the record.  Plaintiff has leave to file a formal motion for sanctions if desired, which the Court would resolve on plenary briefing.

Signed By:
*Robert E. Wier*  REW
United States Magistrate Judge

Initials of Deputy Clerk <u>sla</u>

TIC: /.14