UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-3-KSF

KIM LOGAN, as Legal Guardian for
JAMES O. GUMM, JR.                                                                               PLAINTIFF

and

KENTUCKY CABINET FOR
HEALTH & HUMAN SERVICES,
THE UNIVERSITY OF KENTUCKY
AND KENTUCKY MEDICAL SERVICES
FOUNDATION                                                                              INTERVENING PLAINTIFFS


v.                                                    **OPINION & ORDER**


COOPER TIRE & RUBBER COMPANY                                                    DEFENDANT


\* \* \* \* \* \* \* \* \* \*

      This matter is before the Court upon the motion of the defendant, Cooper Tire & Rubber Company ("Cooper Tire"), to permit the use of a juror questionnaire [DE # 268]. The plaintiff, Kim Logan, as Legal Guardian for James O. Gumm, Jr., has filed her response, concurring with Cooper Tire's motion on the need for a juror questionnaire, but disagreeing with several of the questions contained on Cooper Tire's proposed questionnaire.

      The Court, having reviewed the motion and response, disagrees that a juror questionnaire is necessary in this case. Voir dire conducted by the Court, as supplemented by the counsel for the

parties, will be sufficient to select a fair jury in this matter. Accordingly, Cooper Tire's motion to permit the use of a juror questionnaire is hereby **DENIED**.

    This August 1, 2011.

**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**