UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-3-KSF

KIM LOGAN, as Legal Guardian for
JAMES O. GUMM, JR.                          PLAINTIFF

and

KENTUCKY CABINET FOR
HEALTH & HUMAN SERVICES,
THE UNIVERSITY OF KENTUCKY
AND KENTUCKY MEDICAL SERVICES
FOUNDATION                                    INTERVENING PLAINTIFFS

v.                            **ORDER**

COOPER TIRE & RUBBER COMPANY                          DEFENDANT

\* \* \* \* \* \* \* \* \* \*

       This matter is before the Court upon the motion of the defendant, Cooper Tire & Rubber Company, for all parties to adhere to courtroom decorum, civility and dignity among counsel and witnesses [DE #207]. The plaintiff, Kim Logan, as legal guardian for James O. Gumm, Jr., objects to Cooper Tire's motion as overly broad and speculative. The Court agrees. The trial of this matter will be conducted according to the Federal Rules of Evidence, the Kentucky Rules of Professional Conduct, and the local rules of this Court. While the Court is aware of the contentious relationship between the parties, there is simply no need for such a motion or order at this time. To the extent that Cooper Tire has a specific objection, it may file an appropriate motion or make an objection at the trial of this matter. Accordingly, Cooper Tire's motion is **DENIED** as moot.

This August 4, 2011.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge