UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-3-KSF

KIM LOGAN, as Legal Guardian for
JAMES O. GUMM, JR.                                                        PLAINTIFF

and

KENTUCKY CABINET FOR
HEALTH & HUMAN SERVICES,
THE UNIVERSITY OF KENTUCKY
AND KENTUCKY MEDICAL SERVICES
FOUNDATION                                                              INTERVENING PLAINTIFFS


v.                                    **OPINION & ORDER**


COOPER TIRE & RUBBER COMPANY                                              DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the motion of the defendant, Cooper Tire & Rubber Company ("Cooper Tire"), to prohibit all parties, their attorneys, and all witnesses from making any improper extrajudicial statements relating to this case before, during, or after trial [DE #198]. Specifically, Cooper Tire complains that counsel for the plaintiff, Bruce Kaster, has made improper statements to the media in the course of other trials against Cooper Tire. In response, the plaintiff notes that Mr. Kaster has not been interviewed by the media about this case, and that he does not expect to be. Nevertheless, Mr. Kaster, and all the attorneys in this case, are bound by the Kentucky Rules of Professional Conduct as it relates to extrajudicial statements. There is no need for an order from this Court requiring the attorneys to comply with these rules. Nor will the Court enter any

broad gag order in this case restricting the parties' or witnesses' speech. Accordingly, Cooper Tire's motion [DE #198] is hereby **DENIED**.

    This August 8, 2011.

Signed By:
*Karl S. Forester* KSF
**United States Senior Judge**