UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for ) | |
| JAMES O. GUMM, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| and ) | |
| ) | No. 5:10-CV-03-KSF |
| KENTUCKY CABINET FOR HEALTH & ) | |
| FAMILY SERVICES, ) | ORDER |
| ) | |
|     Intervening Plaintiff, ) | |
| ) | |
| and ) | |
| ) | |
| UNIVERSITY OF KENTUCKY & ) | |
| KENTUCKY MEDICAL SERVICES ) | |
| FOUNDATION, ) | |
| ) | |
|     Intervening Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| COOPER TIRE & RUBBER COMPANY, ) | |
| ) | |
|     Defendant. ) | |

*** *** *** ***

The Court considers a Motion to Strike an "Ex Parte" Deposition of Witness Troy Cottles. *See* DE #270 (Motion to Strike); DE #329 (Response); DE #330 (Sealed Response Memorandum). In assessing the matter, the Court has evaluated the filings, the status of the underlying motions in limine – to wit, motions in limine #13 and #14 filed by Cooper Tire (DE #206; DE #207) – and District Judge Forester's associated rulings (DE #327; DE #333).

The Court **PARTIALLY GRANTS** and **PARTIALLY DENIES** the motion to strike (DE #270) as described herein. Because Judge Forester already has ruled on the related motions

in limine, the impetus behind evaluation of the tendered statement fades. Troy Cottles will be limited to the opinions he gave in his report, as Judge Forester already stated. The ex parte statement, to the extent it relates to anything beyond briefing on the now-resolved motions, would be improper and tardy supplementation in the case. As such, Plaintiff should not reference or use any of that statement, which would presumably be hearsay anyway as to Cottles, as a part of trial. Plaintiff may only use timely disclosed opinions and supportive materials, and the ex parte statement would not qualify as either. However, to the extent the Court considered the sworn statement in assessing the prior motions in limine, the statement properly would remain in the record for purposes of a complete docket as to those rulings.

The Court issues this Order resolving a non-dispositive pretrial matter under 28 U.S.C. § 636(b)(1)(A). Any party objecting to this Order should consult the statute and Federal Rule of Civil Procedure 72(a) concerning its right of and the mechanics for reconsideration before the District Court. Because of the upcoming trial date, any motion for reconsideration **SHALL** be made to District Judge Forester by **August 12, 2011**, or otherwise if the deadline is altered by the District Judge. Failure to object waives a party's right to review.

This the 11th day of August, 2011.

Signed By:
Robert E. Wier
United States Magistrate Judge