UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:10-CV-3-KSF

KIM LOGAN, et al.                                                    PLAINTIFF

and

KENTUCKY CABINET FOR
HEALTH & FAMILY SERVICES, et al.              INTERVENING PLAINTIFFS

vs.                                    ORDER

COOPER TIRE & RUBBER COMPANY                          DEFENDANT

* * * * * * * *

This matter is before the Court on its own motion relating to Plaintiff's reply [DE 356] in support of its motion to reconsider the order disqualifying Farrar & Ball, LLP.  Plaintiff makes several representations regarding ex parte communications between Bruce Kaster and Cooper Tire's former general counsel, Jim Kline, specifically meetings in January 2009, March 24, 2009, and June 14. 2010.  Reference is also made to prior negotiations between Kline and Plaintiff's counsel regarding the Logan case.  The Court wishes to hear from Cooper Tire regarding any previous ex parte negotiations by any of its general counsel with any of Plaintiff's counsel, the accuracy of the statements in the reply brief, and present counsel's knowledge regarding these ex parte contacts.

**IT IS ORDERED** that Cooper Tire **shall file a sur-reply brief** and any affidavits on or before **September 12, 2011**.

This August 26, 2011.



Signed By:

_Karl S. Forester_  KSF

**United States Senior Judge**