UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 10-003- KSF

KIM LOGAN, as Legal Guardian
for JAMES O. GUMM, JR.                                                                 PLAINTIFF

VS.                                              **ORDER**

COOPER TIRE & RUBBER COMPANY                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

    **IT IS HEREBY ORDERED** as follows:

    1.    This action is REASSIGNED for **PRETRIAL CONFERENCE** on **TUESDAY, MARCH 13, 2012** at **9:00 a.m.**; the attorneys who will be trying this action and the parties to this action shall be present at the pretrial conference; where a party to the action is not an individual, said party shall have in attendance, at the pretrial conference, a representative with full settlement authority.

    2.    TWO WORKING DAYS prior to the trial of this action, counsel shall SUBMIT to the Court's Chambers a copy of each documentary exhibit.

    3.    This action is REASSIGNED for **TRIAL BY JURY** on **TUESDAY, APRIL 10, 2012**, at **9:00 a.m.;**

    This December 22, 2011.



**Signed By:**
*Karl S. Forester* KSF
**United States Senior Judge**