IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., <br><br> Plaintiff, <br><br> -- and -- <br><br> KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, <br><br> Intervening Plaintiff, <br><br> -- and – <br><br> UNIVERSITY OF KENTUCKY AND KENTUCKY MEDICAL SERVICES FOUNDATION, <br><br> Intervening Plaintiffs, <br><br> vs. <br><br> COOPER TIRE & RUBBER COMPANY, <br><br> Defendant. | Case 5:10-CV-00003-KSF <br><br> *ELECTRONICALLY FILED* |

**COOPER TIRE & RUBBER COMPANY'S SECOND RESTATED EXHIBIT LIST**

Cooper Tire & Rubber Company ("Cooper Tire"), pursuant to the Court's Order of February 29, 2012, states that it may use the following exhibits identified in Exhibit "A" hereto at the trial of this action, depending on the issues determined to be tried. In accordance with the Court's February 29, 2012, Order, Cooper Tire provides a statement regarding the necessity of listing each exhibit. Cooper Tire notes that Plaintiff has alleged seven (7) separate theories of defect in this case, each of which must be

addressed. Plaintiff also is intent to try the case on a very broad scope involving decades of documents and tire designs not substantially similar to the specific design at issue in this case. Cooper Tire has a pending Motion *in Limine* seeking to restrict the trial of this case to tire designs and events substantially similar to the tire and facts of this case as required by Kentucky law. See DE # 199. Plaintiff opposed this motion, see DE # 246, and based on its exhibit lists and testimony designations additional responsive exhibits are necessary from Cooper Tire. Cooper Tire's exhibit list therefore remains by necessity correspondingly broad until the scope of this case is determined.

Based on the death of Mr. Gumm, Cooper Tire is able to withdraw the following exhibits (as underlined in Exhibit "A") on the conditional assumption plaintiff will not present any evidence of lost income, economics, future medicals or life care planning:

- 341-357
- 360-373
- 386-401
- 489-90

Cooper Tire does not, simply by listing an exhibit, admit that all evidentiary or foundational requirements have been satisfied. Certain exhibits are listed for demonstrative or cross-examination purposes. Certain exhibits have been deleted based on pretrial rulings. Certain additional exhibits may be determined to be unnecessary depending on further pretrial rulings. Cooper Tire reserves the right to supplement or amend this list if necessary.

Respectfully submitted,

JUSTIN T. MCDONALD
R. THOMAS WARBURTON
JOHN MARK GOODMAN
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

LEE A. ROSENTHAL
DAVID T. SCHAEFER
DINSMORE & SHOHL LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
Telephone (main): 859-425-1000
Telephone (direct): 859-244-7104
Facsimile: 859-425-1099

s\Lee A. Rosenthal_____
COUNSEL FOR DEFENDANT

**Certificate of Electronic Service**

I hereby certify that on March 9, 2012, the foregoing was electronically filed with the United States District Court of the Eastern District of Kentucky, which will send Notification of Electronic Filing, unless otherwise noted, to:

Wesley Todd Ball
Kyle Wayne Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
wes@fbtrial.com
kyle@fbtrial.com
ginger@fbtrial.com
*Counsel for Plaintiff*

R. Frank Melton, Esq.
Curtis R. Newsome, Esq.
Newsome Law Firm
201 South Orange Avenue, Suite 1500
Orlando, FL 32801
newsome@newsomelaw.com
melton@newsomelaw.com
hall@newsomelaw.com
swinehart@newsomelaw.com
*Counsel for Plaintiff*

Bruce R. Kaster
Skip Edward Lynch
Kaster & Lynch, P.A.
125 N.E. First Avenue, Suite 3
Ocala, FL 34470
brk@tirefailures.com
skipelynch@aol.com
judy@tirefailures.com
elma@tirefailures.com
*Counsel for Plaintiff*

Fred E. Peters
226 East High Street
P.O. Box 2043
Lexington, Kentucky 40588-2043
fpeterslaw@aol.com
staff.fredpeterslaw@gmail.com
*Local Counsel for Plaintiff*

Brian Thomas Judy, Esq.
Cabinet for Health & Family Services
275 E. Main Street, 5W-A
Frankfort, KY 40621
Brian.Judy@ky.gov
Deborah.Gaines@ky.gov
*Counsel for Intervening Plaintiff Kentucky Cabinet of Health & Family Services*

John W. Oakley, Esq.
Oakley & Gore
167 W. Main Street, Suite 404
Lexington, KY 40507
oakleylaw@hotmail.com
*Counsel for Intervening Plaintiffs University of Kentucky and Kentucky Medical Services Foundation*

                                        s/ Lee A. Rosenthal
                                        COUNSEL FOR DEFENDANT