**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

KIM LOGAN, as Legal Guardian for )
JAMES O. GUMM, JR. )
         )         Case 5:10-CV-00003-KSF
         Plaintiff, )
         )
And )
         )
KENTUCKY CABINET FOR )
HEALTH AND FAMILY SERVICES )
         Intervening Plaintiff, )
         )
And )
         )
UNIVERSITY OF KENTUCKY )
AND KENTUCKY MEDICAL SERVICES )
FOUNDATION, INC. )
         )
         Intervening Plaintiffs )
         )
vs. )
         )
COOPER TIRE & RUBBER COMPANY )
         )
         Defendant. )
_____)

**PLAINTIFF'S THIRD AMENDED EXHIBIT LIST**

Comes the Plaintiff, Kim Logan, as Legal Guardian of James O. Gumm, Jr., by counsel,

and gives notice of the filing of her Third Amended Exhibit list identifying those exhibits which

Plaintiff intends to use at trial, pursuant to this Court's order.

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX001 | CCLogan_K0000007 | CCLogan_K0000008 | Radial Passenger Separations | | | |
| PX002 | CCLogan_K0000022 | CCLogan_K0000025 | Meeting notes form 02/18/00 meeting | | | |
| PX003 | CCLogan_K0000026 | CCLogan_K0000028 | Radial Passenger Durability | | | |
| PX004 | CCLogan_K0000029 | CCLogan_K0000039 | RLT & Pass Durability Improvement Meeting Minutes | | | |
| PX005 | CCLogan_K0000040 | CCLogan_K0000043 | Separation Adjustments.xls Attachments (2): Separation Adjustments - Predicted Ultimate Percentage Nylon Overwrap @ Cooper | | | |
| PX006 | CCLogan_K0000044 | CCLogan_K0000045 | Fwd: Radial Passenger Separations | | | |
| PX007 | CCLogan_K0000141 | CCLogan_K0000148 | Regional Inspection Point Field Manual Customer Relations - PARTIAL | | | |
| PX008 | CCLogan_K0000187 | CCLogan_K0000259 | Tire Durability Team - Stage 1 Review | | | |
| PX009 | CCLogan_K0000260 | CCLogan_K0000288 | Tire Durability Team Meeting Attachments (3): Presentation - Separations - Adjustment & Liability Trends - RP & RLT 1999 Year Ending Results Consumer Relations Department Handwritten notes re: Pick wick & UT Reduction | | | |
| PX010 | CCLogan_K0000311 | CCLogan_K0000312 | FW: 525D Passenger Belt Stock Change | | | |
| PX011 | CCLogan_K0000318 | CCLogan_K0000318 | Customer Satisfaction | | | |
| PX012 | CCLogan_K0000319 | CCLogan_K0000327 | Durability Team FEA Analysis | | | |
| PX013 | CCLogan_K0000340 | CCLogan_K0000341 | Interviewing for Origin / Progression / Mechanism of Separations Attachments (1): Tire Durability Team - Plan | | | |
| PX014 | CCLogan_K0000342 | CCLogan_K0000342 | Re: Separation Adjustments | | | |
| PX015 | CCLogan_K0000343 | CCLogan_K0000344 | Adjustments | | | |
| PX016 | CCLogan_K0000347 | CCLogan_K0000350 | Tire Durability Meeting | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX017 | CCLogan_K0000383 | CCLogan_K0000387 | Tire Durability Action Items Attachment Action Item Priority List Action Summary From May 17th Meeting Proposed Endurance Certification Test Procedure - Passenger & LT Tires | | | |
| PX018 | CCLogan_K0000388 | CCLogan_K0000388 | Durability Testing Vision | | | |
| PX019 | CCLogan_K0000389 | CCLogan_K0000389 | Fwd: Separations Adjustments | | | |
| PX020 | CCLogan_K0000415 | CCLogan_K0000422 | T - 94090 Test Program - RLT Belt Coat Antidegradant Evaluation | | | |
| PX021 | CCLogan_K0000431 | CCLogan_K0000436 | Adjustments on Radial Passenger TiresAttachments (2):Radial Passenger Separation Meeting 10/02/96Observations from Liability Information | | | |
| PX022 | CCLogan_K0000442 | CCLogan_K0000472 | Tire Durability Team Presentation | | | |
| PX023 | CCLogan_K0000626 | CCLogan_K0000628 | Forward Plan Attachments (1): Radial Passenger Separation Adjustments Forward Plan | | | |
| PX024 | CCLogan_K0000631 | CCLogan_K0000632 | Durability Costs Attachments (1): LT Exception Specs - Percent Ultimate Separations | | | |
| PX025 | CCLogan_K0000636 | CCLogan_K0000636 | Tire Adjustments | | | |
| PX026 | CCLogan_K0000646 | CCLogan_K0000649 | Liability Claims | | | |
| PX027 | CCLogan_K0000650 | CCLogan_K0000658 | Radial Passenger Improved Separation Resistance Attachments (2): Interoffice memo dated 10/24/96 re: Perforation Study by Gregory. CJ to Henry. EK, Wilch. LD, Beach. DE, and Jones. WC Workmanship and Material Adjustments - Radial Tires | | | |
| PX028 | CCLogan_K0000660 | CCLogan_K0000661 | Belt Edge Gum Strips Future Plans | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX029 | CCLogan_K0000662 | CCLogan_K0000690 | T - 94076 Interim Test Program Summary - RIB RLT Belt Edge Durability Evaluation | | | |
| PX030 | CCLogan_K0000695 | CCLogan_K0000700 | Adjustments on Radial Passenger Tires<br>Attachments (2):<br>Radial Passenger Separations Meeting - 10/02/96<br>Observations from Liability Information | | | |
| PX031 | CCLogan_K0000701 | CCLogan_K0000702 | Re: LT 245 / 75R16 Liner Analysis | | | |
| PX032 | CCLogan_K0000703 | CCLogan_K0000707 | Analysis of LT 245 / 75R16 Tires | | | |
| PX033 | CCLogan_K0000735 | CCLogan_K0000742 | Target Innerliner GaugesAttached (4):Cooper memo dated 07/31/97 re: Innerliner Gauge Targets from Piper. JF and Wandstedt. AD to Stephens. DR. Separation Adjustment Team dated 12/18/99Handwritten notes re: Undertread WhyHandwritten notes re: Separations | | | |
| PX034 | CCLogan_K0000807 | CCLogan_K0000812 | RLT Performance Matrix Summary of Potential Process & Equipment Costs | | | |
| PX035 | CCLogan_K0000858 | CCLogan_K0000864 | T - 98028 Test Program Summary - Belt Edge Gumstrip Evaluation in 16" RLT Tires | | | |
| PX036 | CCLogan_K0000865 | CCLogan_K0000884 | P - 96020 Program Summary - Belt Coat Antidegradant Evaluation | | | |
| PX037 | CCLogan_K0000886 | CCLogan_K0000886 | 525D Implementation in Melksham | | | |
| PX038 | CCLogan_K0000906 | CCLogan_K0000908 | Findlay Radial Light Truck Separations | | | |
| PX039 | CCLogan_K0000931 | CCLogan_K0000935 | Returned Tires from Al Qahtani Maritime | | | |
| PX040 | CCLogan_K0000936 | CCLogan_K0000981 | Findlay Radial Light Truck Separations | | | |
| PX041 | CCLogan_K0000982 | CCLogan_K0000988 | Adjustment Follow-up - Final Report Liner Changes Findlay RP & RLT Load Range E, Texarkana RP and Albany RP | | | |
| PX042 | CCLogan_K0001001 | CCLogan_K0001001 | Re: Autobacs Air Leakers | | | |
| PX043 | CCLogan_K0001002 | CCLogan_K0001002 | Liner Blister Repair Method | | | |
| PX044 | CCLogan_K0001111 | CCLogan_K0001117 | Adjustment Follow up - 1st Report Liner Changes Findlay RP & RLT Load Range E, Texarkana RP and Albany RP | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX045 | CCLogan_K0001118 | CCLogan_K0001124 | Adjustment Follow up - 2nd Report Liner Changes Findlay RP & RLT Load Range E, Texarkana RP and Albany RP | | | |
| PX046 | CCLogan_K0001130 | CCLogan_K0001132 | SCN Spec 3612-2 pg. 5 | | | |
| PX047 | CCLogan_K0001170 | CCLogan_K0001171 | Analysis of Separation Returns – Status | | | |
| PX048 | CCLogan_K0001172 | CCLogan_K0001181 | Radial Passenger Separations - Geographical Distribution Jan-Aug 1996 versus Jan-Aug 1995 | | | |
| PX049 | CCLogan_K0001189 | CCLogan_K0001194 | Air Permeation Data | | | |
| PX050 | CCLogan_K0001198 | CCLogan_K0001218 | Trip to Saudi Arabia | | | |
| PX051 | CCLogan_K0001219 | CCLogan_K0001222 | Trip Report: Nevada & Arizona Investigation of RLT Belt Separations | | | |
| PX052 | CCLogan_K0001241 | CCLogan_K0001244 | Saudi Arabian VS. American RLT Tire Study | | | |
| PX053 | CCLogan_K0001246 | CCLogan_K0001252 | Firestone Steeltex R4S Analysis Summary | | | |
| PX054 | CCLogan_K0001253 | CCLogan_K0001260 | Effects of Speed, Ambient Temperature and Load on Contained Air Temperature of a LT235 / 85R16 / E Radial Light Truck Tire | | | |
| PX055 | CCLogan_K0001261 | CCLogan_K0001271 | Analysis RLT Tires Purchased for Use in Both Saudi Arabia and the United States | | | |
| PX056 | CCLogan_K0001391 | CCLogan_K0001392 | Performance Improvements | | | |
| PX057 | CCLogan_K0001394 | CCLogan_K0001397 | M/V/G/O Attachments (1): Tire Durability Team dated 06/11/99 | | | |
| PX058 | CCLogan_K0001399 | CCLogan_K0001399 | Durability Team Meeting | | | |
| PX059 | CCLogan_K0001400 | CCLogan_K0001419 | Percent Ultimate Separations and Field Return Analysis | | | |
| PX060 | CCLogan_K0001420 | CCLogan_K0001430 | Dealer Visitations | | | |
| PX061 | CCLogan_K0001463 | CCLogan_K0001464 | Fw: Newsclip 2 Articles: Ford, Firestone Link Adhesive to Bad Tires Paper / Ford, Firestone Conclusion Would Exonerate Workers Report | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX062 | CCLogan_K0001465 | CCLogan_K0001478 | Tire Durability Action Items: June 26, 2002 Review Meeting Attachments (5): Action Item Priority List Summary from June 26th Meeting Separation Adjustment Report Percent Ultimate for 1-3 Year Exposure LRE RLT Adjustments Competitor Tire CTA & Component Data | | | |
| PX063 | CCLogan_K0001479 | CCLogan_K0001479 | Durability Meeting | | | |
| PX064 | CCLogan_K0001483 | CCLogan_K0001483 | RE Social - World Wide Purchasing | | | |
| PX065 | CCLogan_K0001484 | CCLogan_K0001487 | Technical and Manufacturing Assessment | | | |
| PX066 | CCLogan_K0001496 | CCLogan_K0001503 | AD0218 Adjustment Report - 3rd Quarter 1995 - Adjustment Trends by Product Line and Plant of Manufacture | | | |
| PX067 | CCLogan_K0001504 | CCLogan_K0001510 | Adjustment Follow up - 4th Report - Liner Changes Findlay RP & RLT Load Range E, Texarkana RP and Albany RP | | | |
| PX068 | CCLogan_K0001511 | CCLogan_K0001517 | Adjustment Follow up - 3rd Report - Liner Changes Findlay RP & RLT Load Range E, Texarkana RP and Albany RP | | | |
| PX069 | CCLogan_K0001591 | CCLogan_K0001592 | Belt Edge Durability Study - Adjustment Follow up 13/88 Adjustment Report | | | |
| PX070 | CCLogan_K0001598 | CCLogan_K0001598 | Interstate Tire - File D0794-28 | | | |
| PX071 | CCLogan_K0001644 | CCLogan_K0001644 | Adjustment Follow up - 3rd Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 20 Periods Equal Exposure | | | |
| PX072 | CCLogan_K0001645 | CCLogan_K0001648 | Test / Technology Capability Assessment Cooper Tire | | | |
| PX073 | CCLogan_K0001670 | CCLogan_K0001675 | P - 97026 Test Program - Effect of Ply Perforations, Innerliner Migration, Innerliner Gauge Profile on Tire Durability and Air Retention | | | |
| PX074 | CCLogan_K0001676 | CCLogan_K0001682 | RLT Improved Durability Construction Test Results | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX075 | CCLogan_K0001683 | CCLogan_K0001688 | P - 98030 Test Program - Kenda Radial Product Line Development | | | |
| PX076 | CCLogan_K0001689 | CCLogan_K0001712 | T - 97014 Summary Report - Evaluation of the Effect of Lower Temperature Cures on RLT Tire Performance | | | |
| PX077 | CCLogan_K0001762 | CCLogan_K0001769 | P - 97007 Program - Effect of Tire Construction on High Speed Heat Build Up | | | |
| PX078 | CCLogan_K0001770 | CCLogan_K0001777 | P - 00004 - Crack Growth for Tires Subjected to PX04 Wheel Test Conditions | | | |
| PX079 | CCLogan_K0001778 | CCLogan_K0001782 | ST 225 / 75R15D - Alternate Cure Evaluation | | | |
| PX080 | CCLogan_K0001783 | CCLogan_K0001787 | P - 00032 - Comparison of Percent Ultimate Adjustment Rates to Dynamically Aged Wheel Testing | | | |
| PX081 | CCLogan_K0001788 | CCLogan_K0001789 | Gum Edging on Belts | | | |
| PX082 | CCLogan_K0001790 | CCLogan_K0001795 | Belt Edge Durability | | | |
| PX083 | CCLogan_K0001813 | CCLogan_K0001813 | Nylon Overwrap in Load Range E Tires - Technical Manager Interchange | | | |
| PX084 | CCLogan_K0001814 | CCLogan_K0001816 | Attachment 2 - Summary from March 28th Meeting | | | |
| PX085 | CCLogan_K0001834 | CCLogan_K0001843 | P - 00150 - Combination Dynamic Oxygen Aging and Mechanical Tire Buster Wheel Test Development | | | |
| PX086 | CCLogan_K0001854 | CCLogan_K0001858 | Lab Analysis of Al Qahtani Returned Tires | | | |
| PX087 | CCLogan_K0001883 | CCLogan_K0001883 | Forward Plan from 03/27/00 | | | |
| PX088 | CCLogan_K0001885 | CCLogan_K0001902 | R - 94028 Summary Report - Evaluation of Spiral Overwrap Construction | | | |
| PX089 | CCLogan_K0001903 | CCLogan_K0001922 | M - 96080 Executive Summary Report - RLT Load Range E Benchmark Program | | | |
| PX090 | CCLogan_K0001923 | CCLogan_K0001928 | 525C v. 525B | | | |
| PX091 | CCLogan_K0001949 | CCLogan_K0001956 | Gum Strip Evaluation in Spec 2257 | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX092 | CCLogan_K0001957 | CCLogan_K0001961 | T - 97014 Test Program - Evaluation of the Effect of Lower Temperature Cures on RLT Tire Performance | | | |
| PX093 | CCLogan_K0001962 | CCLogan_K0001963 | P - 97053 Review Meeting Minutes - Improved Durability in Large Passenger Tires | | | |
| PX094 | CCLogan_K0002003 | CCLogan_K0002012 | P - 99077 Research Test Program Interim Summary - Dynamic Oxygen and Mechanical Fatigue Test Wheel Development | | | |
| PX095 | CCLogan_K0002032 | CCLogan_K0002059 | Durability Team File which contains: Handwritten notes re: Spec 4885 Attachment 2 - Summary from October 3rd Meeting Attachment 2 - Summary from December 16th Meeting Attachment 2 - Action Summary from July 27th Meeting Attachment 2 - Summary from December 4th Meeting Continuous Improvement Company Overview - Marketing Issues dated 01/26/98 Technical Resources; Technical Benchmarking | | | |
| PX096 | CCLogan_K0002072 | CCLogan_K0002072 | RLT Trapped Air at Gumstrip/Belt Edge Durability Meeting Minutes | | | |
| PX097 | CCLogan_K0002082 | CCLogan_K0002085 | Breakdown of RLT Seps Adjusted for Sales Volume | | | |
| PX098 | CCLogan_K0002086 | CCLogan_K0002089 | RLT Liability Claim Files | | | |
| PX099 | CCLogan_K0002120 | CCLogan_K0002120 | Liner Gauge | | | |
| PX100 | CCLogan_K0002139 | CCLogan_K0002147 | X - 99032 Research Test Program Summary - Initiation and Propagation of Belt Edge Separations | | | |
| PX101 | CCLogan_K0002148 | CCLogan_K0002148 | RLT Belt Edge Durability Programs | | | |
| PX102 | CCLogan_K0002165 | CCLogan_K0002178 | Updated Status of Belt Edge Gums on Duration Attachments (1): Modeling Product Design Compounding Philosophy | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX103 | CCLogan_K0002196 | CCLogan_K0002203 | P - 00146 - Dynamic Oxidation Wheel Test Development - Liner Gauge Study | | | |
| PX104 | CCLogan_K0002204 | CCLogan_K0002210 | T - 93009 Summary Report - No Post Cure Inflation Evaluation for RLT Tires | | | |
| PX105 | CCLogan_K0002211 | CCLogan_K0002244 | T - 96082 Test Program Summary - EX304-3608 RLT Tire Ply Coat Compound Evaluation | | | |
| PX106 | CCLogan_K0002245 | CCLogan_K0002256 | P - 97026 Program Summary - Effect of Ply Perforations, Innerliner Migration, & Innerliner Gauge Profile on Tire Durability and Air Retention | | | |
| PX107 | CCLogan_K0002268 | CCLogan_K0002308 | P - 97007 Test Program Summary - Effect of Tire Construction on High Speed Heat Build Up | | | |
| PX108 | CCLogan_K0002339 | CCLogan_K0002340 | Liner Imprints | | | |
| PX109 | CCLogan_K0002358 | CCLogan_K0002366 | T - 97014 Summary Addendum - Evaluation of the Effect of Lower Temperature Cures on RLT Tire Performance Attachments: Tire Durability Team | | | |
| PX110 | CCLogan_K0002368 | CCLogan_K0002368 | Tupelo Restriction U-92002 | | | |
| PX111 | CCLogan_K0002369 | CCLogan_K0002370 | Tires for Al Qahtani | | | |
| PX112 | CCLogan_K0002386 | CCLogan_K0002386 | Green Tire Specification Findlay 5708 | | | |
| PX113 | CCLogan_K0002387 | CCLogan_K0002387 | Green Tire Specification Findlay 5708 | | | |
| PX114 | CCLogan_K0002406 | CCLogan_K0002536 | Cured Tire Defects Manual | | | |
| PX115 | CCLogan_K0002537 | CCLogan_K0002668 | Cured Tire Classification Manual | | | |
| PX116 | CCLogan_K0002669 | CCLogan_K0002795 | Cured Tire Defects and Their Probable Causes | | | |
| PX117 | CCLogan_K0002796 | CCLogan_K0003035 | Conformance to Standards - General Specifications 1st Stage Tire Building | | | |
| PX118 | CCLogan_K0003036 | CCLogan_K0003257 | Conformance to Standards - General Specifications 2nd Stage Tire Building | | | |
| PX119 | CCLogan_K0003258 | CCLogan_K0003414 | Cooper Tire Procedure Manual - First Stage Tire Assembly | | | |
| PX120 | CCLogan_K0003415 | CCLogan_K0003597 | Cooper Tire Procedure Manual - Second Stage Tire Assembly | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX121 | CCLogan_K0003675 | CCLogan_K0003688 | Cooper Original Tread Depth and Where to Measure Chart | | | |
| PX122 | CCLogan_K0003689 | CCLogan_K0003717 | Mastercraft Product List | | | |
| PX123 | CCLogan_K0003732 | CCLogan_K0003748 | Starfire Tires Product List | | | |
| PX124 | CCLogan_K0003816 | CCLogan_K0003830 | Avon Tyres Product List | | | |
| PX125 | CCLogan_K0004006 | CCLogan_K0004040 | Cooper Operating Procedures | | | |
| PX126 | CCLogan_K0004056 | CCLogan_K0004091 | Quality System Manual - Texarkana, AR | | | |
| PX127 | CCLogan_K0004092 | CCLogan_K0004192 | Cooper Tire Adjustment Reporting System | | | |
| PX128 | CCLogan_K0006425 | CCLogan_K0006430 | New Product Change Notification - PCN #9807 | | | |
| PX129 | CCLogan_K0006431 | CCLogan_K0006439 | P - 99077 - Dynamic Oxidation and Mechanical Fatigue Wheel Test Development | | | |
| PX130 | CCLogan_K0006440 | CCLogan_K0006445 | P - 99049 - Cobra TR (Spec 2257) Experimental Mold Design | | | |
| PX131 | CCLogan_K0006446 | CCLogan_K0006447 | Adjustment Follow-up - 1st Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 9 Periods Equal Exposure | | | |
| PX132 | CCLogan_K0006448 | CCLogan_K0006448 | Adjustment Follow-up - 2nd Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 14 Periods Equal Exposure | | | |
| PX133 | CCLogan_K0006450 | CCLogan_K0006450 | Adjustment Follow-up - 4th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 28 Periods Equal Exposure | | | |
| PX134 | CCLogan_K0006451 | CCLogan_K0006452 | Adjustment Follow-up - 5th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 35 Periods Equal Exposure | | | |
| PX135 | CCLogan_K0006453 | CCLogan_K0006454 | Adjustment Follow-up - 6th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 42 Periods Equal Exposure | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX136 | CCLogan_K0006455 | CCLogan_K0006456 | Adjustment Follow-up - 7th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 48 Periods Equal Exposure | | | |
| PX137 | CCLogan_K0006457 | CCLogan_K0006458 | Adjustment Follow-up - 8th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 56 Periods Equal Exposure | | | |
| PX138 | CCLogan_K0006459 | CCLogan_K0006460 | Adjustment Follow-up - 9th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 64 Periods Equal Exposure | | | |
| PX139 | CCLogan_K0006461 | CCLogan_K0006462 | Adjustment Follow-up - 10th Report - Change to 1.0" x 0.030", 582 Gumstrip Applied to #1 Belt Edge - Albany Spec 2257 - 70 Periods Equal Exposure | | | |
| PX140 | CCLogan_K0006463 | CCLogan_K0006464 | Spec Change and Revision History - Findlay 5708 | | | |
| PX141 | CCLogan_K0006465 | CCLogan_K0006473 | AD0218 Adjustment Report - 1st Quarter 1998 - Adjustment Trends by Product Line and Plant of Manufacture | | | |
| P X142 | CCLogan_K0006642 | CCLogan_K0006667 | Quarterly Adjustment Review - 4th Quarter 1999 | | | |
| PX143 | CCLogan_K0006668 | CCLogan_K0006693 | Quarterly Adjustment Review - 1st Quarter 2000 | | | |
| PX144 | CCLogan_K0006694 | CCLogan_K0006719 | Quarterly Adjustment Review - 2nd Quarter 2000 | | | |
| PX145 | CCLogan_K0006720 | CCLogan_K0006745 | Quarterly Adjustment Review - 3rd Quarter 2000 | | | |
| PX146 | CCLogan_K0006746 | CCLogan_K0006771 | Quarterly Adjustment Review - 4th Quarter 2000 | | | |
| PX147 | CCLogan_K0006772 | CCLogan_K0006797 | Quarterly Adjustment Review - 1st Quarter 2001 | | | |
| PX148 | CCLogan_K0006822 | CCLogan_K0006847 | Quarterly Adjustment Review - 3rd Quarter 2001 | | | |
| PX149 | CCLogan_K0006848 | CCLogan_K0006873 | Quarterly Adjustment Review - 4th Quarter 2001 | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX150 | CCLogan_K0006874 | CCLogan_K0006899 | Quarterly Adjustment Review - 1st Quarter 2002 | | | |
| PX151 | CCLogan_K0006900 | CCLogan_K0006925 | Quarterly Adjustment Review - 2nd Quarter 2002 | | | |
| PX152 | CCLogan_K0006926 | CCLogan_K0006952 | Quarterly Adjustment Review - 3rd Quarter 2002 | | | |
| PX153 | CCLogan_K0006953 | CCLogan_K0006979 | Quarterly Adjustment Review - 4th Quarter 2002 | | | |
| PX154 | CCLogan_K0006980 | CCLogan_K0007023 | Quarterly Adjustment Review - 1st Quarter 2003 | | | |
| PX155 | CCLogan_K0007024 | CCLogan_K0007057 | Quarterly Adjustment Review - 2nd Quarter 2003 | | | |
| PX156 | CCLogan_K0007058 | CCLogan_K0007092 | Quarterly Adjustment Review - 3rd Quarter 2003 | | | |
| PX157 | CCLogan_K0007093 | CCLogan_K0007126 | Quarterly Adjustment Review - 4th Quarter 2003 | | | |
| PX158 | CCLogan_K0007127 | CCLogan_K0007160 | Quarterly Adjustment Review - 1st Quarter 2004 | | | |
| PX159 | CCLogan_K0007243 | CCLogan_K0007622 | Quarterly Adjustment Review - 4th Quarter 2004 It appears that multiple partial Quarterly Adjustment Reviews have also been attached here. | | | |
| PX160 | CCLogan_K0007623 | CCLogan_K0007629 | Adjustment Exception Report | | | |
| PX161 | CCLogan_K0007637 | CCLogan_K0007642 | Adjustment Exception Report | | | |
| PX162 | CCLogan_K0007657 | CCLogan_K0007660 | Adjustment Exception Report - Revised | | | |
| PX163 | CCLogan_K0007725 | CCLogan_K0007726 | Separation Adjustments | | | |
| PX164 | CCLogan_K0007727 | CCLogan_K0007728 | Separation Adjustments | | | |
| PX165 | CCLogan_K0007740 | CCLogan_K0007740 | Increased Base GA Projects | | | |
| PX166 | CCLogan_K0007772 | CCLogan_K0007781 | P - 00254 Program - Evaluation of Spiral Wound Overwrap in a 2 Piece Mold with No - PCI | | | |
| PX167 | CCLogan_K0007782 | CCLogan_K0007784 | Position Paper on Use of Nylon Overwrap | | | |
| PX168 | CCLogan_K0007785 | CCLogan_K0007788 | Trip to Al Qahtani | | | |
| PX169 | CCLogan_K0007790 | CCLogan_K0007791 | Cost Request #214 - Nylon Overwrap for P-Metric | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX170 | CCLogan_K0007792 | CCLogan_K0007801 | Touring Tire Competitor EvaluationsAttachments (1):Nylon Overwrap @ Cooper | | | |
| PX171 | CCLogan_K0007802 | CCLogan_K0007843 | Nylon Cap Plies / Nylon Twisted Yarns Technical Considerations | | | |
| PX172 | CCLogan_K0007857 | CCLogan_K0007871 | Findlay Quality Process Review Observations 02/28/01 & 03/01/01 Attachments (2):<br>Flow Chart re: Cooper Tire Process Control Checks<br>Nonconformance Control - Albany Plant dated 04/22/91 | | | |
| PX173 | CCLogan_K0007897 | CCLogan_K0007944 | Tire Durability Team Summary Review | | | |
| PX174 | CCLogan_K0007945 | CCLogan_K0007946 | Liner Repair and Evaluation Summary | | | |
| PX175 | CCLogan_K0007947 | CCLogan_K0007948 | Liner Repair and Evaluation Summary | | | |
| PX176 | CCLogan_K0007981 | CCLogan_K0007985 | Tire Durability Action Items: October 03, 2000 Review Meeting | | | |
| PX177 | CCLogan_K0007996 | CCLogan_K0007996 | Re: Separations Adjustments | | | |
| PX178 | CCLogan_K0008004 | CCLogan_K0008012 | Separation Adjustments Attachments (2):<br>Handwritten notes dated 11/03/98 re: Percent Ultimate<br>Tire Durability Team Meeting - Separations Adjustment & Liability Trends RP & RLT 1999 Year Ending Results | | | |
| PX179 | CCLogan_K0008051 | CCLogan_K0008065 | Tire Durability Team Meeting Attachments (6):<br>Effect of High Ambient Temperatures & High Speeds on Tire Durability<br>1976 - 1982 Radial Passenger Tire Separations<br>Why Do Reduced Cure Temperature Improve Tire Durability<br>Belt Compound AO Systems<br>Consumer Relations Department dated 02/18/00 - INCOMPLETE<br>QRP Sep YTD Spec Comparison | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX180 | CCLogan_K0008075 | CCLogan_K0008089 | X - 99032 Research Test Program - Initiation and Propagation of Belt Edge Separations<br>Attachments (1):<br>Tire Durability Team Stage 1 Update dated 05/12/99 | | | |
| PX181 | CCLogan_K0008099 | CCLogan_K0008102 | Passenger Durability Team Status | | | |
| PX182 | CCLogan_K0008103 | CCLogan_K0008146 | Tire Durability Action Items: February 22, 2001 Review Meeting | | | |
| PX183 | CCLogan_K0008147 | CCLogan_K0008148 | Passenger Durability Team Strategy | | | |
| PX184 | CCLogan_K0008149 | CCLogan_K0008173 | Tire Durability Meeting<br>Attachments (12):<br>Separations Adjustment & Liability RP & RLT 1999 Year Ending Results<br>Effect of High Ambient Temperatures & High Speeds on Tire Durability<br>Materials Effects on Tire Durability<br>Tire Construction / Design Effects on Tire Durability<br>Tire Curing / Process Effects on Tire Durability<br>Product Testing / Failure Mechanism<br>Competitive Information<br>1976 - 1982 Radial Passenger Tire Separations<br>Why Do Reduced Cure Temperatures Improve Tire Durability?<br>RLT Separations Trends by Plant<br>A Tire Durability Crib Sheet<br>Open Questions | | | |
| PX185 | CCLogan_K0008189 | CCLogan_K0008189 | Surprising Results | | | |
| PX186 | CCLogan_K0008190 | CCLogan_K0008207 | Forward Plan from 04/09/00<br>Attachments (3):<br>Rubber Fatigue Test Development Planning<br>Passenger Durability Team Status dated 04/24/00<br>Evaluation of CED as Predictor of mechanical Belt Edge Durability in Tires | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX187 | CCLogan_K0008228 | CCLogan_K0008243 | Forward Plan from 05/01/00 Attachments (4): Durability Test Results on PX12, PX13, PX14 Updated 05/03/00 Tire Durability Team  05/04/00 Status Innerliner Evaluation Oil Levels | | | |
| PX188 | CCLogan_K0008244 | CCLogan_K0008258 | Forward Plan from 03/27/00Attachments:E-mail dated 06/02/00 re: Durability DiscussionTire Durability Team - Mechanical and Oxidative Test Wheel Development Status & Forward Plan | | | |
| PX189 | CCLogan_K0008321 | CCLogan_K0008323 | Joint Staff Meeting | | | |
| PX190 | CCLogan_K0008367 | CCLogan_K0008367 | Separations | | | |
| PX191 | CCLogan_K0008390 | CCLogan_K0008400 | P - 97087 Summary Report - Belt Optimization in 17" RLT & PM - LT Tires | | | |
| PX192 | CCLogan_K0008468 | CCLogan_K0008471 | Minutes of Meeting Regarding YRC Production | | | |
| PX193 | CCLogan_K0008490 | CCLogan_K0008497 | Update 08/01/97 w/ Attachments | | | |
| PX194 | CCLogan_K0008498 | CCLogan_K0008506 | 1996 Workmanship and Material Tire Adjustments | | | |
| PX195 | CCLogan_K0008533 | CCLogan_K0008545 | Technical Strengths Weaknesses | | | |
| PX196 | CCLogan_K0008546 | CCLogan_K0008554 | Development of a Nylon Overwrap Alternative - Forward Program | | | |
| PX197 | CCLogan_K0008555 | CCLogan_K0008561 | RLT Liability Claim Files | | | |
| PX198 | CCLogan_K0008567 | CCLogan_K0008572 | Spiral Wound Nylon Overwrap | | | |
| PX199 | CCLogan_K0008578 | CCLogan_K0008581 | Belt Edge Durability Program Thoughts 03/24/00 | | | |
| PX200 | CCLogan_K0008585 | CCLogan_K0008601 | Belt Edge Durability  - JFP Thoughts | | | |
| PX201 | CCLogan_K0008602 | CCLogan_K0008744 | X - 98024 Program Summary Report - Tire Component Tolerance Effects on Predicted Durability Based on Finite Element Analysis | | | |
| PX202 | CCLogan_K0008771 | CCLogan_K0008772 | Durability Costs | | | |
| PX203 | CCLogan_K0008773 | CCLogan_K0008785 | Consumer Relations Liability Files | | | |
| PX204 | CCLogan_K0008786 | CCLogan_K0008803 | An Overview of Tire Technology | | | |
| PX205 | CCLogan_K0008833 | CCLogan_K0008842 | Design Certification - Spec 2257 - Project 348106C | | | |
| PX206 | CCLogan_K0008852 | CCLogan_K0008855 | Texarkana Radial Light Truck Belt Edge Gum Strips | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX207 | CCLogan_K0008856 | CCLogan_K0008857 | Tire Durability Team | | | |
| PX208 | CCLogan_K0008866 | CCLogan_K0008873 | Compound Development Report No. 97 Part A Liner Imprint Study | | | |
| PX209 | CCLogan_K0008882 | CCLogan_K0008892 | P - 00205 - Benchmark of 525D Belt Coat Stock Oxidative Durability Using PX-14 Test | | | |
| PX210 | CCLogan_K0008926 | CCLogan_K0008929 | Adjustment Condition Codes Manual- INCOMPLETE | | | |
| PX211 | CCLogan_K0009035 | CCLogan_K0009044 | Component Interfacial Tearing Appearances | | | |
| PX212 | CCLogan_K0009118 | CCLogan_K0009120 | 09/13/96 Meeting Summary - RLT LRE Adjustments | | | |
| PX213 | CCLogan_K0009121 | CCLogan_K0009124 | Summary - 10/02/96 RLT Adjustment Meeting | | | |
| PX214 | CCLogan_K0009125 | CCLogan_K0009126 | VII Gen Separation and Mileage Adjustments Attachments (1): VII Gen A/S TES Target Comparison | | | |
| PX215 | CCLogan_K0009295 | CCLogan_K0009300 | Tire Durability Action Items: March 28, 2002 Review Meeting Attached (3): Action Item Priority List Attachment 2 - Summary from March 28th Meeting RLT Durability Team | | | |
| PX216 | CCLogan_K0009302 | CCLogan_K0009310 | Analysis of Material, Manufacturing, Product and Implementation Costs | | | |
| PX217 | CCLogan_K0009311 | CCLogan_K0009323 | Load Range E RLT Separation Adjustment Analysis | | | |
| PX218 | CCLogan_K0009324 | CCLogan_K0009328 | Technical Managers Interchange | | | |
| PX219 | CCLogan_K0009343 | CCLogan_K0009368 | Trip Notes from Divisional Technical Plant Visits - February, 2002 | | | |
| PX220 | CCLogan_K0009427 | CCLogan_K0009427 | Texarkana General Specification - Cured Tire Classification - 1303 | | | |
| PX221 | CCLogan_K0009448 | CCLogan_K0009460 | Process Review Pre-meeting Attachments (4): 1998 Adjustments - First 6 Months Specific Product Changes Innerliner Evaluation Oil Levels Attachment 2 - Action Summary from May 17th Meeting | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX222 | CCLogan_K0009552 | CCLogan_K0009562 | Compound Change Review | | | |
| PX223 | CCLogan_K0009738 | CCLogan_K0009746 | 1994 Technical Conference Group Discussion | | | |
| PX224 | CCLogan_K0009771 | CCLogan_K0009777 | Drawing of Mastercraft Courser Tire | | | |
| PX225 | CCLogan_K0009876 | CCLogan_K0009880 | Tire Finishing Inspection Standard Operating Procedure | | | |
| PX226 | CCLogan_K0009881 | CCLogan_K0009882 | Appears to be Adhesion Pull Testing | | | |
| PX227 | CCLogan_K0009885 | CCLogan_K0009886 | Green Tire Specification - Findlay 5708 and Spec Release | | | |
| PX228 | CCLogan_K0009904 | CCLogan_K0009904 | Separation Adjustments for RLT for 01/01/92 to 12/31/09 | | | |
| PX229 | CCLogan_K0009905 | CCLogan_K0009905 | Separation Adjustments for RP for 01/01/92 to 12/31/09 | | | |
| PX230 | CCLogan_K0009906 | CCLogan_K0009909 | Spec Annual Separation Returns by Plant from 01/05/92 - 02/12/09 | | | |
| PX231 | CCLogan_K0009910 | CCLogan_K0009910 | Production History by Plant from 01/05/92 - 02/12/09 | | | |
| PX232 | CCLogan_K0009911 | CCLogan_K0009912 | Spec Change and Revision History Findlay 5708 | | | |
| PX233 | CCLogan_K0009913 | CCLogan_K0009919 | P - 00283 - Establishing Passenger Tire Mechanical Fatigue Test Conditions | | | |
| PX234 | CCLogan_K0009920 | CCLogan_K0009935 | Table of Spec 5708 Returns | | | |
| PX235 | CCLogan_K0010433 | CCLogan_K0010434 | FEM Usage | | | |
| PX236 | CCLogan_K0010440 | CCLogan_K0010452 | RLT Construction Changes | | | |
| PX237 | CCLogan_K0010455 | CCLogan_K0010464 | Belt Optimization in 17 inch RLT Tires | | | |
| PX238 | CCLogan_K0010513 | CCLogan_K0010514 | OEM Supplier | | | |
| PX239 | CCLogan_K0010526 | CCLogan_K0010527 | Tire for Al-Qahtani | | | |
| PX240 | CCLogan_K0010528 | CCLogan_K0010530 | Finlay Radial Light Truch Separations | | | |
| PX241 | CCLogan_K0010570 | CCLogan_K0010573 | Cooper Technical:  Streamlining the R&D Pipeline | | | |
| PX242 | CCLogan_K0010574 | CCLogan_K0010574 | Handwritten notes from Dick Stephens | | | |
| PX243 | CCLogan_K0010577 | CCLogan_K0010577 | Potential OE Assessment of Cooper Tire | | | |
| PX244 | CCLogan_K0010578 | CCLogan_K0010579 | Spiral Wound Nylon Overwrap (SNOW) | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX245 | CCLogan_K0010580 | CCLogan_K0010580 | Spec 1303 bead Defects | | | |
| PX246 | CCLogan_K0010581 | CCLogan_K0010581 | Autobacs Air Leaks | | | |
| PX247 | CCLogan_K0010589 | CCLogan_K0010593 | Techincal Managers Interchange | | | |
| PX248 | CCLogan_K0010594 | CCLogan_K0010597 | LRE Nylon Overwrap Impact -- Scenario 1 | | | |
| PX249 | CCLogan_K0010598 | CCLogan_K0010611 | Process Improvement | | | |
| PX250 | CCLogan_K0010612 | CCLogan_K0010613 | Liner Imprints | | | |
| PX251 | CCLogan_K0010676 | CCLogan_K0010800 | Cured tire Defects and Probable Causes | | | |
| PX252 | CCLogan_K0010801 | CCLogan_K0010863 | Adjustment Condition Codes | | | |
| PX253 | CCLogan_K0010864 | CCLogan_K0010993 | Cured Tire Defects Manual | | | |
| PX254 | CNCLogan_K0003781 | CNCLogan_K0003843 | Adjustment Condition Codes | | | |
| PX255 | CNCLogan_K0005451 | CNCLogan_K0005455 | Surviving a Blowout | | | |
| PX256 | PLXLogan_0001 | PLXLogan_0001 | Osborne Letter from Cooper 9.22.2010 London X1) | | | |
| PX257 | PLXLogan_0002 | PLXLogan_0003 | Osborne Letter 10.8.2010 (London X2) | | | |
| PX258 | PLXLogan_0004 | PLXLogan_0006 | Osborne Letter 10.4.2010 (London X3) | | | |
| PX259 | PLXLogan_0007 | PLXLogan_0007 | Osborne Letter 10.7.2010 (London X4) | | | |
| PX260 | PLXLogan_0008 | PLXLogan_0010 | Osborne Letter 10.8.2010 (London X5) | | | |
| PX261 | PLXLogan_0011 | PLXLogan_0016 | Osborne CV (London X6) | | | |
| PX262 | PLXLogan_0017 | PLXLogan_0042 | Cooper Case List (London X7) | | | |
| PX263 | PLXLogan_0043 | PLXLogan_0044 | Cooper Nylon Ad (London X8) | | | |
| PX264 | PLXLogan_0045 | PLXLogan_0048 | Osborne Testifying Record (London X9) | | | |
| PX265 | PLXLogan_0049 | PLXLogan_0051 | Osborne Subpoena (London X10) | | | |
| PX266 | PLXLogan_0052 | PLXLogan_0062 | Osborne Contract of Employment(London X11) | | | |
| PX267 | PLXLogan_0063 | PLXLogan_0079 | Gumm  PO (London X12) | | | |
| PX268 | PLXLogan_0080 | PLXLogan_0082 | Pegler Subpoena (London X12) | | | |
| PX269 | PLXLogan_0083 | PLXLogan_0083 | Pegler Letter1 10.4.2010 (London X17) | | | |
| PX270 | PLXLogan_0084 | PLXLogan_0085 | Pegler Letter2 10.4.2010 (London X18) | | | |
| PX271 | PLXLogan_0086 | PLXLogan_0086 | Cooper Letter requesting Pegler to Execute Confidentiality (London X19) | | | |
| PX272 | PLXLogan_0087 | PLXLogan_0087 | Pegler Letter 10.8.2010 (London X20) | | | |
| PX273 | PLXLogan_0088 | PLXLogan_0089 | Osborne-Lyons Letter (London X21) | | | |
| PX274 | PLXLogan_0090 | PLXLogan_0091 | Osborne -Nabarro Letter (London X22) | | | |
| PX275 | PLXLogan_0092 | PLXLogan_0094 | Adams Subpoena (London X23) | | | |
| PX276 | PLXLogan_0095 | PLXLogan_0095 | Adams Letter 9.22.2010 (London X24) | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX277 | PLXLogan_0096 | PLXLogan_0098 | Adams-Nabarro Letter 10.4.2010 (London X25) | | | |
| PX278 | PLXLogan_0099 | PLXLogan_0103 | Adams Nabarro Letter 10-8.2010 (London X26) | | | |
| PX279 | PLXLogan_0104 | PLXLogan_0105 | Email to Adams from Avon-Cooper (London X27) | | | |
| PX280 | PLXLogan_0106 | PLXLogan_0106 | Envelope to Nabarro (Adams) | | | |
| PX281 | PLXLogan_0107 | PLXLogan_0109 | Gladstone Subpoena | | | |
| PX282 | PLXLogan_0110 | PLXLogan_0114 | Gladstone Notice of Deposition | | | |
| PX283 | PLXLogan_0116 | PLXLogan_0118 | Gladstone Resume | | | |
| PX284 | PLXLogan_0119 | PLXLogan_0119 | Gladstone Cert. of Completion Infinity QS | | | |
| PX285 | PLXLogan_0120 | PLXLogan_0120 | Gladstone Cert of Completion Infinity QS | | | |
| PX286 | PLXLogan_0121 | PLXLogan_0121 | Gladstone Global 8D Award | | | |
| PX287 | PLXLogan_0122 | PLXLogan_0122 | Gladstone Statistical Process Control Award | | | |
| PX288 | PLXLogan_0123 | PLXLogan_0123 | Gladstone Certificate of ISO completion | | | |
| PX289 | PLXLogan_0124 | PLXLogan_0124 | Gladstone Certificate of ISO Completion | | | |
| PX290 | PLXLogan_0125 | PLXLogan_0125 | Gladstone Blufton College BA | | | |
| PX291 | PLXLogan_0126 | PLXLogan_0126 | Gladstone Certificate of Achievement Owens CC | | | |
| PX292 | PLXLogan_0127 | PLXLogan_0127 | Gladstone Cooper Operational Achievement Cert. | | | |
| PX293 | PLXLogan_0128 | PLXLogan_0128 | Gladstone Cooper Operational Award of Excellence | | | |
| PX294 | PLXLogan_0129 | PLXLogan_0129 | Gladstone Cooper Operational Award of Excellence | | | |
| PX295 | PLXLogan_0130 | PLXLogan_0130 | Gladstone Cooper Cert. | | | |
| PX296 | PLXLogan_0131 | PLXLogan_0131 | Gladstone Article | | | |
| PX297 | PLXLogan_0132 | PLXLogan_0132 | Gladstone University of Findlay Cert | | | |
| PX298 | PLXLogan_0133 | PLXLogan_0133 | Gladstone FESTech Cert of Completion | | | |
| PX299 | PLXLogan_0134 | PLXLogan_0134 | Gladstone Cert for The System Works | | | |
| PX300 | PLXLogan_0135 | PLXLogan_0135 | Gladstone Cooper Cert | | | |
| PX301 | PLXLogan_0136 | PLXLogan_0136 | Gladstone Employment Agreement | | | |
| PX302 | PLXLogan_0175 | PLXLogan_0181 | Gladstone Third Amended Notice of Deposition | | | |
| PX303 | PLXLogan_0261 | PLXLogan_0271 | Cooper Patent for Awling | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX304 | PLXLogan_0381 | PLXLogan_0381 | Mastercraft Courser C/T Engineering Data prep. July 2001; Marketing product relates to communication as to positioning of tire for consumer; lists various sizes at that time of Mastercraft Courser C/T. | | | |
| PX305 | PLXLogan_0382 | PLXLogan_0383 | Mastercraft Courser C/T  Commercial traction...Courser Tough; available to dealers; lists various sizes with description of tread characteristics; brochure | | | |
| PX306 | PLXLogan_0384 | PLXLogan_0384 | Mastercraft Courser C/T Commercial Traction...Courser Tough - poster display downsized | | | |
| PX307 | PLXLogan_0385 | PLXLogan_0385 | Mastercraft Courser C/T; listing of Tire features/Benefits | | | |
| PX308 | PLXLogan_0386 | PLXLogan_0387 | Mastercrafttires.com - website printout describing products for Mastercraft Light Truck Tires; lists different tires sizes/characteristics | | | |
| PX309 | PLXLogan_0388 | PLXLogan_0388 | Listing of Associate Brands available as House Brands from Cooper Tire | | | |
| PX310 | PLXLogan_0389 | PLXLogan_0389 | Advertisement with Cooper Logo - no reference to Mastercraft tires | | | |
| PX311 | PLXLogan_0390 | PLXLogan_0392 | Manufacturers Tire and Tube Claim Form | | | |
| PX312 | PLXLogan_0393 | PLXLogan_0398 | Montgomery EMS Medical Records | | | |
| PX313 | PLXLogan_0399 | PLXLogan_0412 | Air Methods Kentucky Medical Records | | | |
| PX314 | PLXLogan_0413 | PLXLogan_0830 | University of Kentucky Hospital Medical Records | | | |
| PX315 | PLXLogan_0831 | PLXLogan_1177 | Hillcrest Nursing Home, Inc. Medical Records to 1/20/10 | | | |
| PX316 | PLXLogan_1178 | PLXLogan_1658 | Hillcrest Nursing Home, Inc. Medical Records updated 1/20/10 to 10/2010 | | | |
| PX317 | PLXLogan_1659 | PLXLogan_1662 | Homestead Nursing Home Medical Records to 1/17/2011 | | | |
| PX318 | PLXLogan_1663 | PLXLogan_1843 | Homestead Nursing Home Medical Records updated | | | |
| PX319 | PLXLogan_1844 | PLXLogan_1847 | Montgomery County Ambulance Billing Records | | | |
| PX320 | PLXLogan_1848 | PLXLogan_1850 | Air Methods Kentucky Billing Records | | | |
| PX321 | PLXLogan_1851 | PLXLogan_1874 | Kentucky Medical Service Foundation Billing Records | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX322 | PLXLogan_1875 | PLXLogan_1919 | University of Kentucky Hospital Patient Accounts Billing Records | | | |
| PX323 | PLXLogan_1920 | PLXLogan_1926 | Hillcrest Nursing Home, Inc. Billing Records | | | |
| PX324 | PLXLogan_1927 | PLXLogan_1929 | Homestead Nursing Home Billing Records | | | |
| PX325 | PLXLogan_1930 | PLXLogan_1936 | Forcht Pharmacy Billing Records | | | |
| PX326 | PLXLogan_1937 | PLXLogan_1937 | Summary of Medical Expenses | | | |
| PX327 | PLXLogan_1938 | PLXLogan_1939 | Certificate of Title to the Subject Vehicle | | | |
| PX328 | PLXLogan_1940 | PLXLogan_1958 | FEA Analysis performed by Don Lee | | | |
| PX329 | PLXLogan_1959 | PLXLogan_1982 | Foreword to Code of Federal Regulations Title 49, Chapter 301 | | | |
| PX332 | PLXLogan_2017 | PLXLogan_2018 | Micky Gilbert CV | | | |
| PX333 | PLXLogan_2019 | PLXLogan_2033 | Troy Cottles CV | | | |
| PX334 | PLXLogan_2034 | PLXLogan_2039 | Social Security Adm. Records | | | |
| PX335 | PLXLogan_2040 | PLXLogan_2041 | 1993 Tire Guide Nylon | | | |
| PX336 | PLXLogan_2042 | PLXLogan_2043 | Cooper Australian Website | | | |
| PX337 | PLXLogan_2044 | PLXLogan_2069 | Case List for Lawsuits Cooper 2 | | | |
| PX338 | PLXLogan_2070 | PLXLogan_2070 | Cooper Job Opening from Website | | | |
| PX339 | PLXLogan_2071 | PLXLogan_2112 | Cooper's Patents | | | |
| PX340 | PLXLogan_2113 | PLXLogan_2117 | Enhanced Finishing Inspection Procedures at Cooper Tire | | | |
| PX341 | PLXLogan_2118 | PLXLogan_2118 | GM Fast Follower Memo | | | |
| PX342 | PLXLogan_2119 | PLXLogan_2120 | Mileage Warranty(06-21-2003) | | | |
| PX343 | PLXLogan_2121 | PLXLogan_2205 | ODI EA00-023 Firestone | | | |
| PX344 | PLXLogan_2206 | PLXLogan_2206 | R&D Spending Trends 2005 | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX345 | PLXLogan_2207 | PLXLogan_2211 | R&D spending Trends 2007 | | | |
| PX346 | PLXLogan_2212 | PLXLogan_2212 | Tire Diagram 1 | | | |
| PX347 | PLXLogan_2213 | PLXLogan_2213 | Tire Diagram with counter measures | | | |
| PX348 | PLXLogan_2214 | PLXLogan_2214 | Tire Diagram | | | |
| PX349 | PLXLogan_2215 | PLXLogan_2215 | Unbalanced Illustration 1 | | | |
| PX350 | PLXLogan_2216 | PLXLogan_2216 | Unbalanced Illustration 2 | | | |
| PX351 | PLXLogan_2217 | PLXLogan_2217 | Unbalanced Illustration 3 | | | |
| PX352 | PLXLogan_2218 | PLXLogan_2224 | Uniroyal Patent Asymmetric Pneumatic Vehicle Tire | | | |
| PX353 | PLXLogan_2225 | PLXLogan_2233 | Uniroyal patent Belted Pneumatic Tires 1.22.74 | | | |
| PX354 | PLXLogan_2234 | PLXLogan_2240 | Uniroyal patent Belted Pneumatic Tires 8.27.74 | | | |
| PX355 | PLXLogan_2241 | PLXLogan_2245 | US Patent Tires with 0' Textile Cap Band | | | |
| PX356 | PLXLogan_2246 | PLXLogan_2261 | Yokohama Patent re Rubber Composition | | | |
| PX359 | PLXLogan_2405 | PLXLogan_2421 | Micky Gilbert Report | | | |
| PX360 | PLXLogan_2422 | PLXLogan_2478 | Troy Cottles Reports | | | |
| PX361 | PLXLogan_2479 | PLXLogan_2519 | Henry A. Spiller CV | | | |
| PX362 | PLXLogan_2520 | PLXLogan_2523 | Henry A. Spiller Report | | | |
| PX500 | | | CD containing Photographs taken by Kentucky State Police Post 08 | | | |
| PX501 | | | CD containing Family Photographs of James Gumm | | | |
| PX502 | | | CD containing Photographs in Hospital of James Gumm | | | |
| PX503 | | | CD containing Photographs taken by Micky Gilbert | | | |
| PX504 | | | CD containing Photographs taken by Troy Cottles | | | |

| Trial Exh # | Begin Bates No. | End Bates No. | Description of Exhibit | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| PX505 | | | CD containing Photographs of Companion Tire | | | |
| PX506 | | | CD containing Troy Cottles reference materials | | | |
| PX507 | | | CD containing Troy Cottles Rim Grooving Study | | | |
| PX508 | | | CD of Shearography of Subject Tire | | | |
| PX509 | | | CD of Shearography of Companion Tire | | | |
| PX510 | | | CD of X-rays of Subject Tire | | | |
| PX511 | | | CD of X-rays of Companion Tire | | | |
| PX512 | | | Video Dismount of Companion Tire | | | |
| PX513 | | | Video Dismount of Subject Tire | | | |
| PX514 | | | Video of Diamond Tires by Cooper Tire | | | |
| PX515 | | | Video "DIL" of James Gumm | | | |
| PX516 | | | Video 2001 Mercury Mountaineer | | | |
| PX517 | | | Video – Tire Animation Full | | | |
| PX518 | | | Video – Iowa Explorer | | | |
| PX519 | | | Video – Nylon and Nylon2 tire | | | |
| PX520 | | | Video - Wedge2 & without Nylon Wedge | | | |
| PX521 | | | Video – Partial Tread Separation Test | | | |
| PX800 | | | Various prints from Cooper Tire & Rubber Co. Website | | | |
| PX801 | | | Companion Tire | | | |
| PX802 | | | Subject Tire & Tread pieces | | | |
| PX803 | PLXLogan_2524 | PLXLogan_2752 | Saint Joseph's Hospital medical records from 12/2010 – 01/2012 | | | |
| PX804 | PLXLogan_2753 | PLXLogan_3173 | Homestead Nursing & Rehabilitation Center medical records from 11/2011 – 01/2012 | | | |
| | | | | | | |
| | | | | | | |

Respectfully submitted,
FARRAR & BALL, L.L.P.

*s/ Wesley Todd Ball*
WESLEY TODD BALL
Texas Bar No. 24038754
KYLE W. FARRAR
Texas Bar No. 24034828
1010 Lamar, Suite 1600
Houston, Texas 77002
Telephone: (713) 221-8300
Telecopier: (713) 221-8301
Email:  wes@fbtrial.com
Email:  kyle@fbtrial.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means directed by the Court's Electronic Filing system and electronic mail:

Lee A. Rosenthal, Esquire
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexinton, KY 40507
Email: lrosenthal@dinslaw.com
*Attorney for Cooper Tire & Rubber Co.*

John Mark Goodman
Justin T. McDonald
Thomas Warburton
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, Al 35203
Email: jmgoodman@babc.com
Email: jmcdonald@babc.com
Email: twarburton@babc.com
*Attorneys for Cooper Tire & Rubber Co.*

John W. Oakley
MARSHALL, OAKLEY & OAKLEY
109 Court Row
Nicholasville, KY 40356
Email: oakleylaw@hotmail.com
*Attorney for Intervening Plaintiff*
*Kentucky Medical Services Foundations*

Brian T. Judy
Cabinet for Health and Family Services
275 East Main Street, 5W-B
Frankfort, KY 40621
Email: brian.judy@ky.gov
*Attorney for Intervening Plaintiff*
*Cabinet for Health & Family Services*

Robert Frank Melton, II
Curtis Richard Newsome
The Newsome Law Firm
20 N. Orange Avenue, Str 800
Orlando, FL 32801
Email: melton@newsomelaw.com
Email: newsome@newssomelaw.com
*Co-Counsel for Plaintiff*

Bruce R. Kaster
Skip Edward Lynch
Kaster & Lynch, P.A.
125 N. E. 1st Avenue, Suite 3
Ocala, FL 34470
Email: brk@tirefailures.com
Email: skipelynch@aol.com
*Co-Counsel for Plaintiff*

Fred E. Peters
226 East High Street
Lexington, KY 40588-2043
Email: fpeterslaw@aol.com
*Local Counsel for Plaintiff*

*s/ Wesley Todd Ball*
WESLEY TODD BALL
Texas Bar No. 24038754