UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | No. 5:10-CV-3-JBC-REW |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) ) ) | |
| Intervening Plaintiff, | ) ) | ORDER |
| and | ) ) | |
| UNIVERSITY OF KENTUCKY AND KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) | |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| COOPER TIRE & RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

\* \* \* \* \* \* \* \* \* \*

Hon. Wesley Todd Ball, counsel for Plaintiff, contacted Chambers to request a telephonic conference regarding deposition issues. Specifically, Plaintiff seeks leave to take the depositions of Dr. John Richard and Dr. William Wooster outside the March 20 deadline imposed by the Court. *See* DE #408. Counsel notes that the parties have been unable to reach an agreement.

Accordingly, the Court **ORDERS** as follows:

1

(1) By **March 22, 2012, at 12:00 p.m. (noon)**, all parties **SHALL** submit (not file) brief (**maximum two pages**) letters outlining their position on the discovery dispute. These letters may be in PDF, DOC, WPD, or TXT format and should be provided to chambers by email (wier_chambers@kyed.uscourts.gov). Counsel shall copy opposing counsel. Counsel shall additionally submit any relevant portions of filings or other documents concerning the dispute.

(2) The Court **SCHEDULES** a telephonic conference, for counsel only, on **March 23, 2012, at 3:00 p.m.** Prior to the telephonic conference, the Court will send an email message to counsel of record[1] with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed on the date and at the time designated. In advance of the call, and as a predicate to the call, the parties shall confer (*i.e.*, actually talk with one another) in an effort to reach an agreed resolution.

(3) **The Court will provide a court reporter**.

This the 20th day of March, 2012.



Signed By:
Robert E. Wier
United States Magistrate Judge

---

[1] The Court will utilize the email addresses in the record. Counsel must ensure that those email addresses stand active and ready to receive the Court's email or must update the record with current email addresses promptly.