UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| and | ) ) | No. 5:10-CV-3-JBC-REW |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) ) ) | |
| Intervening Plaintiff, | ) ) | ORDER |
| and | ) ) | |
| UNIVERSITY OF KENTUCKY AND KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) | |
| Intervening Plaintiffs, | ) ) | |
| v. | ) ) | |
| COOPER TIRE & RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

\* \* \* \* \* \* \* \* \* \*

Hon. Wesley Todd Ball, counsel for Plaintiff, contacted Chambers to request a telephonic conference. Mr. Ball seeks confirmation regarding the availability of certain witnesses to testify at trial during Plaintiff's case-in-chief. Mr. Ball states that Defendant failed to respond to two letters on the issue, hindering Plaintiff's ability to prepare for trial. Having been so advised, and in order to promptly resolve the dispute, the Court **ORDERS** as follows:

1

(1) By **April 3, 2012, at 2:00 p.m.**, all affected parties **SHALL** submit (not file) brief (**maximum two pages**) letters outlining their position on the dispute. These letters may be in PDF, DOC, WPD, or TXT format and should be provided to chambers by email (wier_chambers@kyed.uscourts.gov). Counsel shall copy opposing counsel. Counsel shall additionally submit any relevant portions of filings or other documents concerning the dispute.

(2) The Court **SCHEDULES** a telephonic conference, for counsel only, on **April 4, 2012, at 4:30 p.m.** Prior to the telephonic conference, the Court will send an email message to counsel of record[1] with the telephone number, access code, and security code to utilize, and counsel must call into the conference and be ready to proceed on the date and at the time designated. In advance of the call, and as a predicate to the call, the parties shall confer (*i.e.*, actually talk with one another) in an effort to reach an agreed resolution.

(3) **The Court will provide a court reporter**.

(4) If the parties resolve the dispute prior to the conference, they **shall** promptly notify the Court.

This the 2nd day of April, 2012.

---

[1] The Court will utilize the email addresses in the record. Counsel must ensure that those email addresses stand active and ready to receive the Court's email or must update the record with current email addresses promptly.

Signed By:

*Robert E. Wier*

United States Magistrate Judge

3