UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| KIM LOGAN, as Legal Guardian for JAMES O. GUMM, JR., | ) ) ) |
| Plaintiff, | ) ) ) |
| and | ) ) No. 5:10-CV-3-JBC-REW |
| KENTUCKY CABINET FOR HEALTH & FAMILY SERVICES, | ) ) ) |
| Intervening Plaintiff, | ) ) ORDER |
| and | ) ) |
| UNIVERSITY OF KENTUCKY AND KENTUCKY MEDICAL SERVICES FOUNDATION, | ) ) ) ) |
| Intervening Plaintiffs, | ) ) |
| v. | ) ) |
| COOPER TIRE & RUBBER COMPANY, | ) ) ) |
| Defendant. | ) ) |

\* \* \* \* \* \* \* \* \* \*

Hon. Bruce R. Kaster, counsel for Plaintiff, contacted Chambers to request a settlement conference related to issues between Plaintiff and the Intervening Plaintiffs. Having been so advised, the Court **SCHEDULES** a settlement conference, limited to the issues discussed more fully on the record in front of Chief Judge Jennifer Coffman this morning, for **today, April 11, 2012, at 1:30 p.m. in Lexington.**

This the 11th day of April, 2012.

1

Signed By:
*Robert E. Wier* REW
United States Magistrate Judge