UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Lexington                                    CIVIL MINUTES-TRIAL

CASE NO.  5:10-CV-003-JBC   AT: Lexington                          DATE: 4/10/2012

STYLE:  Kim Logan v. Cooper Tire and Rubber Company

DOCKET ENTRY: Counsel and parties were present as noted.

PRESENT:

   HON.  JENNIFER B. COFFMAN , CHIEF JUDGE U.S. DISTRICT COURT

      Mitchell Zegafuse                    Peggy Weber
      Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PARTIES:

Plaintiff: Wesley Ball, Bruce Kaster, and Fred Peters

Defendant: Justin McDonald, David Schaefer, Thomas Warburton, Lee Rosenthal, and John Goodman

X Case called    X Voir dire begun    X JURY TRIAL   The jury was impaneled and sworn in as follows:

(1) 94         (2) 142         (3) 118         (4) 96

(5) 105        (6) 102         (7) 147         (8) 98

X Introduction of evidence for X plff ___deft X begun, ___resumed, ___concluded.

X Cont. to 4/11/2012, at 9:00 a.m. for further trial.  Counsel for the parties shall be present at 8:30 a.m.

___Jury retires to deliberate_____; Jury returns at_____

___JUDGMENT BY COURT  ___ JURY VERDICT.  SEE VERDICT OR ANSWERS TO INTERROGATORIES

___Jury polled.   ___Counsel waive polling of jury.

___Proposed Findings of Fact, Conclusions of Law & Judgment be prepared by __plff __deft

___Submitted. ___BRIEFS to be filed_____PLFF;_____DEFT;_____REPLY within___ days following the filing of transcript by Official Court Reporter.

Copies: COR, D, JC

| TIC: | 8 | 32 |
|------|---|----|

                                            Initial of Deputy Clerk  mwz