✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern   DISTRICT OF   Kentucky

Kim Logan

V.

Cooper Tire and Rubber Company

**EXHIBIT AND WITNESS LIST**

Case Number:  Lexington 5:10-CV-003-JBC

| PRESIDING JUDGE<br>Jennifer B. Coffman | PLAINTIFF'S ATTORNEY<br>Wesley Ball, Bruce Kaster, & Fred Peters | DEFENDANT'S ATTORNEY<br>J. McDonald, D. Schaefer, T. Warburton, et al. |
|---|---|---|
| TRIAL DATE (S)<br>4/10/2012 and 4/11/2012 | COURT REPORTER<br>Peggy Weber | COURTROOM DEPUTY<br>Mitchell Zegafuse |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W 1 | | 4/10/2012 | | | Witness 1: Troy Cottles |
| 347 | | 4/10/2012 | | | Tire graphic - demonstrative aid shown to the jury - not admitted as an exhibit |
| | | | | | |
| | | | | | **The parties reached settlement.  No exhibits were admitted in this trial.** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages